**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE,

        Plaintiff,

v.                                                    Case No.: 3:25-cv-300-WWB-MCR

PINEBROOK 7500, LLC, EVEREST
CAMPUS EAST, LLC, BELLA
PROPERTY, LLC and CINDY RUIZ,

        Defendants.

_____/

## <u>ORDER</u>

The Court has been advised by the Notice of Settlement that the above-styled action has been completely resolved.  (Doc. 35 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on October 9, 2025.

_____

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record